DROSTE *v.* KERNER, GOVERNOR OF
ILLINOIS, ET AL.

No. 671.   Decided January 9, 1967.

*Calvin P. Sawyier* for appellant.

*William G. Clark,* Attorney General of Illinois, and
*Richard A. Michael,* Assistant Attorney General, for appellees Kerner et al. *Henry L. Pitts* for appellee United
States Steel Corp.

PER CURIAM.

The motions to dismiss are granted and the appeal is
dismissed for want of jurisdiction.   Treating the papers
whereon the appeal was taken as a petition for a writ of
certiorari, certiorari is denied.